CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 09 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 4:06CR00017-001 |
| TIMOTHY LEE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the Court on a Motion to Revoke Bond, Document 46. For reasons stated on the record in open court, this motion is hereby **GRANTED.**

The Clerk is directed to send certified copies of this order to counsel of record.

ENTERED: This 9th day of November, 2006.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE